UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT NORTH TRAVELODGE,<br><br>　　　　Defendant.<br>_____/ | No. C - 06-5923     JL<br><br>**AMENDED**<br>**ORDER TO SHOW CAUSE** |

　　NOTICE: To Plaintiff and counsel of record: You are hereby ordered to appear before this Court on **September 19, 2007 at 9:30 a.m.** to show cause why your case should not be dismissed for failure to comply with the Court's Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act.

　　Plaintiff was required to serve Defendants or file a motion for administrative relief on or before November 27, 2006. Plaintiff served Defendants on December 27, 2006. The parties were required to hold a joint inspection of premises on or before January 3, 2007. The record does not reflect any inspection as of the date of this order.

DATED: August 16, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　James Larson
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge