# CORFEE STONE & ASSOCIATES

*Employment and ADA Access Attorneys*

5441 Fair Oaks Boulevard, Suite B-1
Carmichael, California 95608
Telephone 916.487.5441 • Facsimile 916.487.5440
www.corfeestone.com
BY APPOINTMENT ONLY

File

## ATTORNEY CLIENT CONFIDENTIALITY

*Via e-file*

December 12, 2007
Hon. James Larson
Chief Magistrate
United States District Court-No.
450 Golden Gate Ave.
San Francisco, CA 94102

*Re:* **Loskot v. WW San Francisco Airport No. C-06-05923 JL**

Dear Judge Larson:

    We are requesting a telephonic appearance in the above-referenced matter on plaintiff's motion to amend the complaint which will be heard on December 19, 2007 at 9:30 a.m. The reason for this request is that our office is located some three hours away in Carmichael, CA, and we have made two personal appearances on this matter since late summer, 2007. It is becoming cost prohibitive for our client. Our telephone number is (916) 487-5441. It is my understanding that you will be calling us on that date and time if this request is granted.

Very truly yours,
CORFEE STONE & ASSOCIATES

ZACHARY BEST, ATTORNEY

ZB/ch

Good cause appearing, IT IS SO ORDERED.

_____
James Larson, Chief Magistrate

S:\My Documents\sec\8217\Letter\Larson-ltr requesting tel. appearance on pff's motion 12.12.07.DOC