# CORFEE STONE & ASSOCIATES

*Employment and ADA Access Attorneys*

5441 Fair Oaks Boulevard, Suite B-1
Carmichael, California 95608
Telephone 916.487.5441 • Facsimile 916.487.5440
www.corfeestone.com
BY APPOINTMENT ONLY

*Via e-file*

March 12, 2008

Hon. James Larson
Chief Magistrate
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:   <u>Loskot v. WW San Francisco Airport No.
C-06-05923 JL</u>

Dear Judge Larson:

    We are requesting a telephonic appearance in the above-referenced matter regarding the Case Management Conference that is scheduled for March 19, 2008 at 10:30 a.m. The reason for this request is that our office is located quite a distance away in Carmichael, CA, and we have made two personal appearances on this matter since late summer, 2007. It is becoming cost prohibitive for our client. Our telephone number is (916) 487-5441. It is my understanding that you will be calling us on that date and time if this request is granted.

                                Very truly yours,
                                CORFEE STONE & ASSOCIATES

                                ZACHARY BEST, ATTORNEY

Good cause appearing, IT IS SO ORDERED.

                                James Larson, Chief Magistrate